IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

B. G., MOTHER OF C.A.T. AND
B.A.B.,

      Appellant,

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4097

_____/

Opinion filed April 6, 2017.

An appeal from the Circuit Court for Okaloosa County.
Mary Polson, Judge.

Jason A. Cobb, Defuniak Springs, for Appellant.

Stephanie C. Zimmerman, Department of Children and Families, Tallahassee, and
Kelly A. Swartz, Guardian ad Litem, Sanford, for Appellee.

PER CURIAM.

      AFFIRMED.

WETHERELL, BILBREY, and JAY, JJ., CONCUR.